# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Thomas Boland, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:09-1335-SB |
| vs. ) ) | Judge Solomon Blatt, Jr. |
| Consolidated Multiple Listing Service, Inc.; Landmark Resources, LLC; The Mungo Company, Inc.; LDG, Inc. d/b/a RE/MAX Metro Associates; DTBCR Holdings, Inc. (f/k/a Bob Capes Realty, Inc.); Sandion, a Texas general partnership, d/b/a/ Coldwell Banker United, Realtors; The Advantage Group, Inc.; Bollin Ligon Walker Realtors, PA; and Russell & Jeffcoat Realtors, Inc., ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES INCURRED AND FOR PAYMENT OF INCENTIVE AWARD

Plaintiff hereby seeks entry of an Order providing:

(1) an award of $333,333.33 (or 1/3 of the Settlement Fund) in attorneys' fees to Plaintiff's Counsel;

(2) the reimbursement of $102,910.26 in expenses advanced by Plaintiff's Counsel; and

(3) payment of an incentive award of $10,000.00 to Plaintiff Thomas Boland.

Support for this Motion is contained in the accompanying Memorandum in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses Incurred and for Payment of Incentive Award.

Date:  September 24, 2013

Respectfully Submitted,

*s/ John G. Felder*
John G. Felder, Jr. (State ID No. 7051)
McGOWAN, HOOD & FELDER, LLC
1405 Calhoun St.
Columbia, SC 29201
(803) 779-0100 Fax: (803) 256-0702
jfelder@mcgowanhood.com

Brian D. Penny
GOLDMAN SCARLATO KARON & PENNY, P.C.
101 E. Lancaster Avenue, Suite 204
Wayne, PA 19087
(484) 342-0700
penny@gskplaw.com

***Attorneys for Plaintiff and the Class***