AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Thomas Boland, on behalf of himself and others similarly situated<br>*Plaintiff*<br>v.<br><br>Consolidated Multiple Listing Service, Inc.; Landmark Resources, LLC; The Mungo Company, Inc.; LDG, Inc. d/b/a RE/MAX Metro Associates; DTBCR Holdings, Inc. (f/k/a Bob Capes Realty, Inc.); Sandion, a Texas general partnership, d/b/a/ Coldwell Banker United, Realtors; The Advantage Group, Inc.; Bollin Ligon Walker Realtors, PA; and Russell & Jeffcoat Realtors, Inc.,<br>*Defendant* | Civil Action No.<br>3:09-cv-1335-SB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff <u>Thomas Boland</u> is awarded from the defendants Consolidated Multiple Listing Service, Inc., Landmark Resources, LLC., The Mungo Company, Inc., LDG, Inc. d/b/a RE/MAX Metro Associates; DTBCR Holdings, Inc., (f/k/a Bob Capes Realty Inc.) Sandion, a Texas general partnership, d/b/a Coldwell Banker United, Realtors, The Advantage Group, Inc., Bollin Ligon Walker Realtors, PA., and Russell & Jeffcoat Realtors, Inc., the amount of Ten Thousand Dollars ($10, 000.00), incentive award and to Plaintiff's Counsel, attorney fees in the amount of Three Hundred Thirty-Three Thousand, Three Hundred and Thirty Three Dollars and .33/100, ($333,333.33), and for reimbursement of expenses advanced by Plaintiff's Counsel the amount of One Hundred Two Thousand, Nine Hundred Ten Dollars and .26/100, ($102, 910.26).

This action was *(check one)*:

■ decided by the Honorable Sol Blatt, Jr., Senior United States District Judge.

October 21, 2013

*CLERK OF COURT*

s/Jane Wolper

*Signature of Clerk or Deputy Clerk*